JUDGE BRIEANT

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Jean-Marc Zimmerman (JZ 7743)
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

05 CV 2049

Attorneys for Plaintiff Eon-Net, L.P.

| | |
|---|---|
| EON-NET, L.P.,<br><br>            Plaintiff,<br><br>      v.<br><br>ING BANK d/b/a ING DIRECT,<br><br>            Defendant. | Case No.: _____<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 [formerly Local General Rule 9] of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a Private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

None

Date: February 4, 2005

By: _____
Jean-Marc Zimmerman

1

EON-NET v. ING